■ In the Matter of EMILY A., an Infant. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; GINA A., Appellant. GARY LIPPERT et al., Intervenors-Respondents. (Appeal No. 2.) [10 NYS3d 469]—Appeal from an order of the Family Court, Livingston County (Dennis S. Cohen, J.), entered August 28, 2013 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, terminated respondent's parental rights.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Emily A. (Gina A.)* ([appeal No. 1] 129 AD3d 1473 [2015]). Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.